IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT,<br><br>                *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>                *Defendant*. | )<br>)<br>)<br>)<br>)<br>)  Case No. 19-cv-2563 (TJK)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to the Court's April 15, 2022, Minute Order, Plaintiff American Oversight, and Defendant the U.S. Department of Justice ("DOJ"), by and through undersigned counsel, respectfully submit this joint status report to update the Court on the parties' progress in this Freedom of Information Act ("FOIA") matter.

Defendant has completed its productions in response to the FOIA requests at issue. On January 13, 2022, Plaintiff relayed its outstanding questions to Defendant regarding Defendant's responses to three distinct FOIA requests, touching on issues of segregability of nonexempt information in withheld documents, the applicability of certain FOIA exemptions to withheld redacted material, and limited aspects of the agency's search. Defendant provided preliminary responses on April 14, 2022, and provided a complete response on May 27, 2022, which included supplemental releases of records previously withheld in full, totaling 105 pages. The parties will continue to confer in good faith and seek to resolve any disputes concerning Defendant's productions.

1

The parties propose that they file a joint status report on or before July 15, 2022 that (i) informs the Court of any disputes that may require judicial resolution, and (ii) proposes a dispositive motion briefing schedule.

Dated: June 2, 2022

Respectfully submitted,

*/s/ Hart Wood*
Hart Wood
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-4213
hart.wood@americanoversight.org

*Counsel for Plaintiff*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

*/s/ Kuntal Cholera*
KUNTAL CHOLERA
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs
Branch 1100 L, NW
Washington, DC 20005
Tel.: (202) 305-8645
Fax: (202) 616-8470
Email: kuntal.cholera@usdoj.gov

*Counsel for Defendant*