IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, | ) |
| *Plaintiff,* | ) |
| v. | ) Case No. 19-cv-2563 (TJK) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| *Defendant.* | ) |

# JOINT STATUS REPORT

Pursuant to the Court's July 19, 2022, Minute Order, Plaintiff American Oversight, and Defendant the U.S. Department of Justice ("DOJ"), by and through undersigned counsel, respectfully submit this joint status report to update the Court on the parties' progress in this Freedom of Information Act ("FOIA") matter.

The parties are continuing to meet-and-confer to narrow the scope of disputes that may require judicial resolution. The parties propose that they file a joint status report on or before October 20, 2022 that informs the Court of any disputes that may require judicial resolution, and if necessary, proposes a dispositive motion briefing schedule.

Dated:  September 15, 2022                           Respectfully submitted,

1

/s/ *Hart Wood*
Hart Wood
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-4213
hart.wood@americanoversight.org

*Counsel for Plaintiff*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

/s/ *Kuntal Cholera*
KUNTAL CHOLERA
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs
Branch 1100 L, NW
Washington, DC 20005
Tel.: (202) 305-8645
Fax: (202) 616-8470
Email: kuntal.cholera@usdoj.gov

*Counsel for Defendant*