IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No. 19-cv-2563 (TJK) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) ) | |
| *Defendant.* | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's January 19, 2023 Minute Order, Plaintiff American Oversight, and Defendant, the U.S. Department of Justice ("DOJ"), by and through their undersigned counsel, respectfully submit this joint status report to update the Court on the parties' progress in this Freedom of Information Act ("FOIA") matter.

The parties are continuing to meet-and-confer to resolve any disputes that may otherwise require judicial resolution. The parties propose that they file a joint status report on or before March 17, 2023 that informs the Court of whether the parties were able to resolve any and all outstanding disputes.

1

Dated:  February 17, 2023

Respectfully submitted,

*/s/ Benjamin A. Sparks*
Benjamin A. Sparks
Pro hac vice (WI Bar No. 1092405)
Hart Wood (DC Bar #1034361)
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 873-1741
ben.sparks@americanoversight.org
hart.wood@americanoversight.org

*Counsel for Plaintiff*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

*/s/ Christopher A. Eiswerth*
Christopher A. Eiswerth (DC Bar #1029490)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel.: (202) 305-0568
Email: christopher.a.eiswerth@usdoj.gov

*Counsel for Defendant*