UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT, | ) ) ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Case No. 19-cv-2563 (TJK) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) ) | |
| *Defendant*. | ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's May 15, 2023 Minute Order, Plaintiff American Oversight, and Defendant U.S. Department of Justice ("DOJ"), by and through their undersigned counsel, respectfully submit this joint status report to update the Court on the parties' progress in this Freedom of Information Act ("FOIA") matter.

1. On May 15, 2023, the Court vacated the summary judgment briefing schedule after Defendant decided to withdraw its assertion of Exemption 7(A) as a basis for withholding records (or portions of records). To that point, Defendant had withheld 4,567 pages of documents and one voicemail audio file, at least in part, based on an assertion of Exemption 7(A). *See* ECF No. 35 at 2. Defendant further committed to reprocess those records and make supplemental responses to Plaintiff. *See id.* at 5.

2. On June 1, 2023, Defendant made its first supplemental response to Plaintiff. Defendant released information in 290 pages of documents previously withheld in full or in part pursuant to Exemption 7(A). Portions of those pages were withheld pursuant to Exemptions 5, 6, 7(C), and 7(E).

1

3.      On July 14, 2023, Defendant made its second supplemental response to Plaintiff. Defendant released information in 1,151 pages and one audio file previously withheld in full or in part pursuant to Exemption 7(A). Portions of those materials were withheld pursuant to Exemptions 3, 5, 6, 7(C), 7(D), and 7(E).

4.      Defendant continues to reprocess the documents withheld based on the prior assertion of Exemption 7(A) and will make a third supplemental release to Plaintiff no later than August 14, 2023.

5.      The parties will continue to meet and confer to resolve any disputes that may otherwise require judicial resolution. The parties propose that they file a joint status report on or before August 14, 2023 that informs the Court of the parties' progress.

Dated:  July 14, 2023

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

/s/ Christopher A. Eiswerth
Christopher A. Eiswerth (DC Bar #1029490)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel.: (202) 305-0568
Email: christopher.a.eiswerth@usdoj.gov

*Counsel for Defendant*

Respectfully submitted,

*/s/ Benjamin A. Sparks*
Benjamin A. Sparks
Pro hac vice (WI Bar No. 1092405)
Katherine M. Anthony (DC Bar #1630524)
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 873-1741
ben.sparks@americanoversight.org
katherine.anthony@americanoversight.org

*Counsel for Plaintiff*